CANADY, J.,
concurring in result.
I agree with the view that -this case should be discharged because it is moot. I would conclude that the retention of jurisdiction provided for in section 39.5075(6), Florida Statutes, does not apply when — as in this case — a private petition has been filed. .
The full statutory context makes clear that even if the court may act on a petition after a child has reached 18 years of age, the authority to do so extends only to petitions filed either by the Department of Children and Families or a community-based care provider — not to petitions filed by a private party. The petitions referred to in section 39.5075(6), which are subject to extended jurisdiction, must be understood to be petitions filed in accordance with section 39.5075(4), which provides: “If the child may be eligible for special immigrant juvenile status, the department or community-based care provider shall petition the court for an order finding that the child meets the criteria for special immigrant juvenile status.”